UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF WASHINGTON

| | |
|---|---|
| ROXANN L. BENTHAGEN, ) | |
| ) | No.  CV-12-420-JPH |
| Plaintiff, ) | |
| ) | ORDER GRANTING STIPULATED |
| v. ) | MOTION FOR REMAND |
| ) | |
| CAROLYN W. COLVIN, Acting ) | |
| Commissioner of Social ) | |
| Security, ) | |
| ) | |
| Defendant. ) | |

BEFORE THE COURT is the parties' stipulated motion to remand this case to the Commissioner for further administrative proceedings, **ECF No. 25**, pursuant to sentence four of 42 U.S.C. § 405(g).

Maureen J. Rosette represents plaintiff. Special Assistant United States Attorney L. Jamala Edwards represents defendant. The parties have consented to proceed before a magistrate judge. ECF No. 4.

After considering the stipulated motion, ECF No. 25, **IT IS ORDERED** that the **motion is GRANTED. The case is REMANDED** pursuant to sentence **four** of 42 U.S.C. § 405(g) for further administrative proceedings. Upon receipt of this Order, the Appeals Council will remand the case for further administrative proceedings.

IT IS FURTHER ORDERED:

ORDER GRANTING STIPULATED MOTION
FOR ORDER OF REMAND - 1

1. The parties' stipulated motion for an order of remand pursuant to sentence four, ECF No. 25, is **GRANTED.**

2. On remand the ALJ will (a) obtain additional evidence to complete the administrative record; (b) further evaluate the residual functional capacity and specify the evidence which supports the assessed limitations. In doing so, the ALJ will further evaluate the opinion evidence and provide the rationale for the weight given to such opinion evidence; and (c) obtain evidence from a vocational expert to clarify the effect of the assessed limitations on plaintiff's occupational base.

3. The District Court Executive is directed to enter this Order, enter judgment for plaintiff, forward copies to the parties and CLOSE the file.

**IT IS SO ORDERED**.

**DATED** this 3rd day of April, 2013.

					_s/James P. Hutton_
					JAMES P. HUTTON
					UNITED STATES MAGISTRATE JUDGE

ORDER GRANTING STIPULATED MOTION
FOR ORDER OF REMAND - 2