UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF WASHINGTON

ROXANN L. BENTHAGEN,

       Plaintiff,

v.

CAROLYN W. COLVIN,
Commissioner of Social Security,

       Defendant.

No.  CV-12-0420-JPH

JUDGMENT IN A
CIVIL CASE

**STIPULATION BY THE PARTIES:**

The parties have stipulated to the remand of the captioned matter pursuant to sentence four of 42 U.S.C. § 405(g).

**IT IS ORDERED AND ADJUDGED** that:

This matter is **REMANDED** for additional proceedings pursuant to sentence four of 42 U.S.C. § 405(g).  Judgment is entered for Plaintiff and the file shall be closed.

DATED:  April 3, 2013

      SEAN F. McAVOY
      Clerk of Court

      By: _s/Pam Howard_
         Deputy Clerk

1 | **JUDGMENT IN A CIVIL CASE**